

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00387-CV

**IN RE S.J. AND K.T.J.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA01630
Honorable Martha Tanner, Judge Presiding

# O R D E R

 Appellant has filed an amended docketing statement and a copy of a July 14, 2018 letter requesting that the court prepare the reporter's record. We **order** the court reporter, Maria Fattahi, to file the reporter's record by August 16, 2018.

_____
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court